# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

06-00023

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile:** Yes ____ No _X_  **Matter to be sealed:** ____ Yes _X_ No

Defendant Name _____Xiao Ping Chen_____

Alias Name _____

Address _____

_____China_____

Birthdate _xx/xx/1977_ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**RECEIVED**
**AUG - 2 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

Interpreter: ____ No _X_ Yes  List language and/or dialect: _Chinese (mandarin)_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__  ____ Petty _X_ Misdemeanor ____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8-2-06__  Signature of AUSA: _Frederick A. Black_