# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant __x__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**06-00023**

**Defendant Information:**

Juvenile: Yes ____ No _X_   Matter to be sealed: ____ Yes _X_ No

Defendant Name _____Yue Xing Lin_____

Alias Name _____

Address _____

_____China_____

Birthdate __xx/xx/1976__  SS# ____  Sex _F_  Race _A_  Nationality _Chinese_

**U.S. Attorney Information:**

AUSA _____Frederick A. Black_____

Interpreter: ____No _X_Yes   List language and/or dialect: __Chinese (mandarin)__

**RECEIVED**
**AUG - 2 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1325(a)(1) & 2 | Illegal Entry by Alien | 6 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8-2-06__   Signature of AUSA: __Fred A. Black__