# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00023-003   DATE: August 03, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. McDonald / J. Lizama
Court Reporter: Wanda Miles
Electronically Recorded: 2:42:03 - 2:54:41

**APPEARANCES:**
Defendant: Xiao Ping Chen
☑ Present ☐ Custody ☐ Bond
☐ P.R.
Attorney: William Gavras
☑ Present ☐ Retained
☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black
U.S. Probation: Stephen Guilliot
Interpreter: Foo Mee Chun Clinard
☐ Sworn ☑ Previously Sworn
U.S. Agent:
U.S. Marshal: V. Roman / G. Perez
Language: Mandarin

**PROCEEDINGS: Initial Appearance and Arraignment**
- Financial Affidavit reviewed and accepted: William Gavras, appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waived reading of the Indictment.
- Plea entered: Not Guilty.
- Trial set for: September 20, 2006 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: